IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL MOBLEY, BY AND
THROUGH HIS FATHER AND
NATURAL GUARDIAN,
DAVID MOBLEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1502

       Appellant,

v.

STATE OF FLORIDA,
AGENCY  FOR HEALTH CARE
ADMINISTRATION,

       Appellee.

_____/

Opinion filed February 7, 2017.

An appeal from an order of the Division of Administrative Hearings.

Floyd B. Faglie, Staunton & Faglie, PL, Monticello, for Appellant.

Alexander R. Boler, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED. See Giraldo v. Agency for Health Care Administration, 41 Fla.

L. Weekly D2743 (Fla. 1st DCA Dec. 12, 2016).

ROWE, RAY, and M.K. THOMAS, JJ., CONCUR.